82,364-02

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O.Box- 12308- Capitol Station
Austin, Texas 78711.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Rickey Johnson
TDCJ #1742560- Pack Unit
2400 Wallace Pack, Rd.
Navasota, Texas 77868.

January 22, 2015

RE: WRIT OF HABEAS CORPUS-TR. CT. NO. CR.12-00011 [COOKE COUNTY];
    WRIT OF MANDAMUS- TR. CT. NO. CR.12-00011-A [COOKE COUNTY]

Mr. Acosta:

This letter is being directed to your office regarding the filing of both a Writ of Habeas Corpus with a Memorandum Brief In-Support, as well as a Writ of Mandamus filed with your office on 12/19/14 under WR-82,364-02.

In previous correspondence, your office indicated that the Writ of Habeas Corpus had never been filed with your office, this letter dated October 6, 2014. I am trying to be absolutely sure that your office has never before recieved and filed this Writ. If it was filed, then I need to purchase a copy of the writ and any attachments.

Regarding theWrit if Mandamus, likewise, I need to purchase a copy of this document as well, as I have checked my files and I cannot locate copies of either documents. Your assistance in providing my with the costs of copies requested and whether the Writ of Habeas Corpus was ever actually filed, would be helpful.

-1-

I look forward to hearing from your office in the near future. Again, thank you very much.

Respectfully Submitted,

Rickey Johnson